UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICK PHILKO,

       Plaintiff,          Judge Arthur J. Tarnow
                                         Magistrate Judge Stephanie Dawkins Davis
v                                               No. 13-11485

SET SEG INSURANCE SERVICES
AGENCY, INC. d/b/a SET SEG,

       Defendant.
_____/

| | |
|---|---|
| DONALD A. VAN SUILICHEM (P25632) | TIMOTHY J. MULLINS (P28021) |
| KELLY A. VAN SUILICHEM (P69902) | KENNETH B. CHAPIE (P66148) |
| Attorneys for Plaintiff | GIARMARCO, MULLINS & HORTON, P.C. |
| 40900 Woodward Avenue, Ste. 105 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | 101 W. Big Beaver Road, 10th Floor |
| (248) 644-2419 | Troy, MI 48084-5280 |
| dvslawyer@dvsemploymentlaw.com | (248) 457-7020 |
| dvslawyer@aol.com | tmullins@gmhlaw.com |
| kelly.van@kvslaw.com | kchapie@gmhlaw.com |

## JUDGMENT

    Present:  The Honorable Arthur J. Tarnow, Senior U. S. District Court Judge

    This action having come on to be heard before the Court and a jury beginning Tuesday, October 11, 2016, and ending Monday, October 24, 2016, with the jury having rendered its verdict on Monday, October 24, 2016, and with the Court being otherwise and duly advised on the premises;

2

IT IS HEREBY ORDERED that a Judgment of No Cause of Action is entered in favor of Defendant and against Plaintiff, and Plaintiff's lawsuit is dismissed on the merits.

Date: October 28, 2016     s/Arthur J. Tarnow
                           Hon. Judge Arthur J. Tarnow
                           Senor U.S. District Court Judge


Approved as to form only:

/s/DONALD A. VAN SUILICHEM (P25632)
Attorney for Plaintiff

/s/TIMOTHY J. MULLINS (P28021)
Attorney for Defendant