UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICK PHILKO,

       Plaintiff,             Judge Arthur J. Tarnow
                                      Magistrate Judge Stephanie Dawkins Davis
vs.                                            No. 13-11485

SET SEG INSURANCE SERVICES
AGENCY, INC. d/b/a SET SEG,

       Defendant.
_____/

| DONALD A. VAN SUILICHEM (P25632) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| KELLY A. VAN SUILICHEM (P69902) | KENNETH B. CHAPIE (P66148) |
| Attorneys for Plaintiff | GIARMARCO, MULLINS & HORTON, P.C. |
| 40900 Woodward Avenue, Ste. 105 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | 101 W. Big Beaver Road, 10th Floor |
| (248) 644-2419 | Troy, MI 48084-5280 |
| dvslawyer@dvsemploymentlaw.com | (248) 457-7020 |
| dvslawyer@aol.com | tmullins@gmhlaw.com |
| kelly.van@kvslaw.com | kchapie@gmhlaw.com |

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

     This case came on for jury trial on October 11, 2016. On October 24, 2016, the jury rendered a verdict in favor of Defendant of no cause of action. The parties have entered into an agreement whereby Plaintiff agrees to: 1.) dismiss and waive any post-trial motions and appeals in the above captioned matter, 2.) dismiss and waive any appeals in the matter in Oakland County Circuit Court, 3.) execute a stipulated order of dismissal with prejudice of all claims against Defendant Set Seg Insurance

Services Agency, Inc., and 4.) execute a full and final release of all claims he has or could have had against Defendant Set Seg Insurance Services Agency, Inc., and past and present employees, agents, etc..  In exchange, Defendant Set Seg Insurance Services Agency, Inc., agrees to dismiss and waive its post-trial motions.  The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned cause against SET SEG INSURANCE SERVICES AGENCY, INC. d/b/a SET SEG is hereby dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

s/Arthur J. Tarnow
Judge Arthur J. Tarnow

Dated: November 22, 2016

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:


s/Donald A. Van Suilichem
DONALD A. VAN SUILICHEM (P25632)
Attorney for Plaintiff


s/Timothy J. Mullins (w/consent)
TIMOTHY J. MULLINS (P28021)
Attorney for Defendant